UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
WILSON, KEVIN MICHAEL					Case No. 06-21490 DSO
WILSON, HOLLY KATHERINE				Chapter 7
									HON. Daniel S. Opperman

BETZOLD, HOLLY KATHERINE
					Debtor(s).			/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Health Delivery | #3 | $2.84 |
| LJ Ross | #14 | $3.59 |
| Hungry Howies Properties | #17 | $1.56 |

Dated: May 5, 2010

*/s/ Karen E. Evangelista (P36144)*
KAREN E. EVANGELISTA, Trustee
453 S. Main St., Suite 250
Rochester, MI 48307
(248) 276-2533
Kee1008_tee@sbcglobal.net